### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS ARRINGTON, Inmate #B01941,      )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )
                                     )      CIVIL NO. 06-562-JPG
ROGER  E.  WALKER,  JR.,  TERRY )
McCANN, MRS. HAMILTON, MRS. )
MASON, and JACKIE MILLER,            )
                                     )
            Defendants.              )

### MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action comes before the Court on Plaintiff's motion to reconsider the Court's order

denying *in forma pauperis* status because of his "three strikes" pursuant to 28 U.S.C. § 1915(g)

(Doc. 7).  Because the Court has no discretion in applying the statute, Plaintiff's only option for

proceeding with the case is to pay the full $350 filing fee.  Plaintiff has had three months to pay this

fee and has been unable to do so.  Consequently, the case must be dismissed.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (Doc.

7) is **DENIED**.  The case is **DISMISSED** for failure to comply with an order of the Court.

FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v.

Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **Dated:  October 26, 2006**

                                  s/ J. Phil Gilbert
                                  **U. S. District Judge**